Respectfully submitted,

SMITH AND MCELWAIN

By: _____
JAY M. SMITH
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102
(712) 255-8094

And


Kenneth B. McClain   *(Pro Hac Vice pending)*
Jonathan M. Soper    *(Pro Hac Vice pending)*
Kevin D. Stanley     *(Pro Hac Vice pending)*
Chelsea M. Pierce    *(Pro Hac Vice pending)*
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Ste. 400
Independence, MO 64051
(816) 836-5050
(816) 836-8966 –fax
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com

ATTORNEYS FOR PLAINTIFFS