# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

|  |  |
|---|---|
| ANN BRADY and LEAH PRICE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC. <br><br> Defendants. | Case No. 4:22-cv-00252-RGE-SBJ <br><br> Hon. Rebecca Goodgame Ebinger <br><br> **APPEARANCE** |

Michael R. Reck, of the law firm of Belin McCormick, P.C., hereby enters his Appearance on behalf of Defendants in the above-captioned matter.

Dated: September 15, 2022

Respectfully submitted,

/s/  *Michael R. Reck*
Michael R. Reck
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4645
Fax: (515) 558-0645
mrreck@belinmccormick.com

*Attorneys for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc.*

(4056860)