# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ANN BRADY and LEAH PRICE, on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| | ) |
| Plaintiffs, | ) Case No. 4:22-cv-00252-RGE-SBJ |
| | ) Hon. Rebecca Goodgame Ebinger |
| v. | ) |
| | ) |
| KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC. | )<br>) **APPEARANCE**<br>) |
| | ) |
| Defendants. | ) |

Christopher J. Jessen, of the law firm of Belin McCormick, P.C., hereby enters his Appearance on behalf of Defendants in the above-captioned matter.

Dated: September 15, 2022

Respectfully submitted,

*/s/ Christopher J. Jessen*
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4675
Fax: (515) 558-0675
cjessen@belinmccormick.com

*Attorneys for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc.*

(4056870)