**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| ANN BRADY and LEAH PRICE, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:22-cv-00252-RGE-SBJ |
| KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC. | ) ) ) | Hon. Rebecca Goodgame Ebinger |
| Defendants. | ) ) ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

Defendants Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. (collectively, "Defendants"), by and through their undersigned counsel, move this Court for an extension of time within which to file responsive pleadings and in support thereof, state as follows:

1.      Plaintiffs filed their complaint on or around August 4, 2022. The complaint was served on Defendant Hyundai Kia America Technical Center, Inc. ("HATCI") on or around August 25, 2022. HATCI's current deadline to respond to the complaint is September 15, 2022.

2.      On or around August 31, 2022, plaintiffs in an action entitled *McNerney v. Kia America, Inc.*, No. 8:22-cv-01548 (C.D. Cal. Aug. 19, 2022), moved the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") for an order transferring and consolidating certain related actions, including this action. That motion is currently pending before the Panel in MDL No. 3052. The next available date that the Panel has for hearing argument on such motion is December 1, 2022 (as the September hearing date for the Panel is already full).

3.      Given the pending motion to transfer and possibility of a December 1, 2022 hearing

date before the Panel, the Parties have personally conferred in good faith and have agreed that an extension of HATCI's time to file a responsive pleading is reasonable, serves the interest of judicial economy, would reduce fees and costs to the Parties, and would reduce the burden on the Court and its staff.  For similar reasons, the Parties have agreed that the deadline to file a responsive pleading should be the same for all three Defendants.

4.      The Parties have agreed to set Defendants' deadline to file a responsive pleading to December 20, 2022.

5.      HATCI's time to file a responsive pleading has not been previously continued or extended.  Defendants understand that there are no other pending court-imposed deadlines or any scheduled conference or trial.

WHEREFORE, Defendants request the Court grant their motion to extend the deadline to file their responsive pleadings to December 20, 2022.

Dated: September 15, 2022

Respectfully submitted,

*/s/  Michael R. Reck*
Michael R. Reck
Christopher J. Jessen
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4645
Fax: (515) 558-0645
mrreck@belinmccormick.com
cjessen@belinmccormick.com

Peter J. Brennan (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Fax: (312) 527-0484
PBrennan@jenner.com

Alice S. Kim (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angles, California 90071-2246
Telephone: (213) 239-5100
Fax: (213) 239-5199
AKim@jenner.com

*Attorneys for Defendants Kia America, Inc.,
Hyundai Motor America, and Hyundai Kia
America Technical Center, Inc.*