UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Ann Brandy and Leah Price,
    Plaintiff(s),

v.

Kia America, Inc.; Hyundai Motor America; Hyundai Kia America Technical Center, Inc.,
    Defendant(s).

Case No. 22-CV-00252

**MOTION FOR ADMISSION**
*PRO HAC VICE*

**A. Applicant's Information and Certification**

Pursuant to Southern District of Iowa Local Rule 83(d)(3) and (4), I, Chelsea McClain Pierce, respectfully moves to appear *pro hac vice* for the purpose of appearing as counsel on behalf of, Plaintiffs, in the above case. In support of this motion, the undersigned states:

    1. I am admitted to practice and in good standing in the following United States District Court and/or a state's highest court: U.S Western District Court of Missouri, Bar Id: 61471.

    2. I have never been disbarred, suspended, or received any discipline in any state or federal courts, and no complaints or disciplinary matters are pending against me.

    3. I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

    4. I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Jay Smith of Smith and McElwain, an attorney admitted to practice law in this district and who has entered an appearance in this case.

    5. I agree to pay the applicable required fee electronically.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for appearing in this case.

Respectfully submitted,

Date: 09/26/2022

/s/ Chelsea McClain Pierce
(Signature)
Chelsea McClain Pierce
(Printed Name)
Humphrey, Farrington & McClain, PC
(Law Firm Name)
221 W. Lexington, Suite 400
(Law Firm Street address)
Independence, Missouri 64050
(City, State, Zip Code)
816-836-5050
(Telephone number)
cmp@hfmlegal.com
(E-mail address)

**B. Local Counsel Information and Certification**

I, Jay M. Smith, an active member in good standing of the bar of the United States District Court for the Southern District of Iowa, request that this court admit Chelsea McClain Pierce pro hac vice, an attorney admitted to practice and currently in good standing in, Missouri, but not admitted to the bar of this court, who will be counsel for the Plaintiffs, in the case listed above. I am aware of my obligations under the Local Rules of this court including requiring that I accept service of all documents.

Date: 9/26/22

/s/ Jay M. Smith
(Signature)
Jay M. Smith
(Printed Name)