*The Supreme Court of Missouri*



*Certificate of Admission as an
Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the

records of this office show that on 4/22/2009,

## *Chelsea Lyn McClain*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme

Court of Missouri and all courts of record in this state, and is, on the date indicated below, a

member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my
hand and affix the seal of the Supreme Court of Missouri at
my office in Jefferson City, Missouri, this 19th day of
September, 2022.

Clerk of the Supreme Court of Missouri