## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| ANN BRADY and LEAH PRICE, on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 4:22-cv-00252-RGE-SBJ |
| Plaintiffs, | ) ) | Hon. Rebecca Goodgame Ebinger |
| v. | ) ) | |
| KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Plaintiffs Ann Brady and Leah Price (together, "Plaintiffs") and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree to the following with reference to the following facts:

1.      Plaintiffs filed their complaint on or around August 4, 2022.  Local Rule 16 requires all attorneys of record to submit for approval a proposed Rule 16(b) and 26(f) scheduling order and discovery plan within 90 days after the filing of the complaint.  The Parties' deadline to submit a proposed scheduling order and discovery plan is on or around November 2, 2022.

2.      On or around August 31, 2022, plaintiffs in an action entitled *McNerney v. Kia America, Inc.*, No. 8:22-cv-01548 (C.D. Cal. Aug. 19, 2022), moved the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") for an order transferring and consolidating certain related actions, including this action ("Related Actions").  That motion is currently pending before the Panel in MDL No. 3052, and a hearing is scheduled for December 1, 2022.

3.      As of the date of this filing, there are forty (40) Related Actions pending in twenty-one (21) district courts across the United States: the Central District of California, the District of Colorado, the Middle District of Florida, the Northern District of Georgia, the Northern District of Illinois, the Northern District of Indiana, the Southern District of Iowa, the District of Kansas, the Eastern District of Kentucky, the Eastern District of Louisiana, the Eastern District of Michigan, the District of Minnesota, the Western District of Missouri, the District of Nebraska, the Southern District of New York, the Northern District of Ohio, the Southern District of Ohio, the Eastern District of Pennsylvania, the Western District of Tennessee, the Southern District of Texas, and the Eastern District of Wisconsin.  All parties agree that the Related Actions should be centralized.

4.      Given the pending motion to transfer and December 1, 2022 hearing date before the Panel, the Parties have personally conferred in good faith and have agreed that an extension of the time to submit a proposed scheduling order and discovery plan is reasonable, serves the interest of judicial economy, would reduce fees and costs to the Parties, and would reduce the burden on the Court and its staff.

5.      The Parties' time to submit a proposed scheduling order and discovery plan has not been previously continued or extended.  The Parties understand that there are no other pending court-imposed deadlines or any scheduled conference or trial.

6.      The Parties have agreed to set the deadline to submit a proposed scheduling order and discovery plan to a future date pending the Panel's decision on the pending motion to transfer and consolidate the Related Actions.  Once the Panel has made a final decision regarding transfer and consolidation, the Parties will work together in good faith to set a new deadline, as appropriate at that time and subject to the Court's approval.

NOW, THEREFORE, the Parties hereby AGREE and respectfully jointly MOVE the Court for an order as follows:

1.      The Parties' deadline to submit a proposed scheduling order and discovery plan shall be and is continued to a future date pending the Panel's decision on the pending motion to transfer and consolidate the Related Actions.

IT IS SO AGREED.

Dated: November 2, 2022

Respectfully submitted,

/s/  Jonathan M. Soper
Jay Madison Smith
SMITH & MCELWAIN FIRM
505 Fifth Street, Suite 530
P.O. Box 1194
Sioux City, IA 51102
Telephone: (712) 255-8094
Fax: (712) 255-3825
Smitmcel@aol.com

Kenneth B. McClain
Jonathan M. Soper (*pro hac vice*)
Kevin B. Stanley
Chelsea M. Pierce (*pro hac vice*)
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Fax: (816) 836-8966
Kbm@hfmlegal.com
Jms@hfmlegal.com
Kds@hfmlegal.com
Cmp@hfmlegal.com

*Attorneys for Plaintiffs Ann Brady and Leah Price*

Dated: November 2, 2022

Respectfully submitted,

/s/ Christopher J. Jessen

Michael R. Reck
Christopher J. Jessen
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4645
Fax: (515) 558-0645
Mrreck@belinmccormick.com
Cjessen@belinmccormick.com

Peter J. Brennan (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Fax: (312) 527-0484
PBrennan@jenner.com

*Attorneys for Defendants Kia America, Inc.,*
*Hyundai Motor America, and*
*Hyundai America Technical Center, Inc.*