UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ANN BRADY and LEAH PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.<br><br>Defendants. | Case No. 4:22-cv-00252-RGE-SBJ<br><br>Hon. Rebecca Goodgame Ebinger |

## **JOINT MOTION**

Plaintiffs Ann Brady and Leah Price (together, "Plaintiffs") and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree to the following with reference to the following facts:

1. Defendants' current deadline to respond to the complaint is December 20, 2022.

2. On December 13, 2022, the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") issued an order in MDL No. 3052 transferring sixteen (16) related actions, including the instant action, to the Honorable James V. Selna in the Central District of California for coordinated or consolidated proceedings. Attached as **Exhibit 1** is a true and correct copy of the Transfer Order.

3. Pursuant to this Transfer Order, the Parties believe that transfer has been completed for certain related actions and is currently underway for other related actions. The Parties anticipate that the transferee district court will soon be issuing an order that, among other things, sets a new schedule, with new deadlines, for all related actions.

4. In light of the foregoing, the Parties have agreed that it is reasonable and judicially efficient to stay any and all deadlines, including pleading deadlines, in the instant action.

NOW, THEREFORE, the Parties hereby AGREE and respectfully MOVE the Court for an order as follows:

1. All deadlines, including all pleading deadlines, in the instant action shall be and are stayed.

IT IS SO AGREED.

Dated:  December 19, 2022

Respectfully submitted,

/s/ *Kevin D. Stanley*
Jay Madison Smith
SMITH & MCELWAIN FIRM
505 Fifth Street, Suite 530
P.O. Box 1194
Sioux City, IA 51102
Telephone: (712) 255-8094
Facsimile: (712) 255-3825
Smitmcel@aol.com

Kenneth B. McClain
Jonathan M. Soper (*pro hac vice*)
Kevin D. Stanley
Chelsea M. Pierce (*pro hac vice*)
HUMPHREY, FARRINGTON &
  MCCLAIN, P.C.
221 West Lexington Ave., Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Fax: (816) 836-8966
Kbm@hfmlegal.com
Jms@hfmlegal.com
Kds@hfmlegal.com
Cmp@hfmlegal.com

*Attorneys for Plaintiffs Ann Brady and Leah Price*

Dated: December 19, 2022

Respectfully submitted,

*/s/ Michael R. Reck*
Michael R. Reck
Christopher J. Jessen
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4645
Facsimile: (515) 558-0645
mrreck@belinmccormick.com
cjessen@belinmccormick.com

Peter J. Brennan (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com

Alice S. Kim (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
AKim@jenner.com

*Attorneys for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*